GREGORY C. LOARIE, State Bar No. 215859
ERIN M. TOBIN, State Bar No. 234943
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
gloarie@earthjustice.org
etobin@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, *et al.*,<br><br>       Plaintiffs,<br><br>       vs.<br><br>U.S. FOREST SERVICE, *et al.*,<br><br>       Defendants. | Civ. No.<br><br>**NONGOVERNMENT CORPORATE DISCLOSURE STATEMENT**<br><br>(Fed. R. Civ. P. 7.1) |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs Central Sierra Environmental Resource Center, The Wilderness Society, and Public Employees for Environmental Responsibility, state that they each are non-profit organizations that do not have parent corporations and do not issue stock.

DATED:  August 12, 2010                    Respectfully submitted,


/s/ Erin M. Tobin
ERIN M. TOBIN

*Counsel for Plaintiffs*