GREGORY C. LOARIE, State Bar No. 215859
ERIN M. TOBIN, State Bar No. 234943
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
gloarie@earthjustice.org
etobin@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, THE WILDERNESS SOCIETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture, SUSAN SKALSKI, in her official capacity as Forest Supervisor for the Stanislaus National Forest, and RANDY MOORE, in his official capacity as Regional Forester, U.S. Forest Service, Pacific Southwest Region,<br><br>　　　　Defendants. | Civ. No. 10-2172<br><br>**NOTICE OF APPEARANCE** |

　　　Please enter the appearance of Gregory C. Loarie as co-counsel of record for plaintiffs in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED:  August 16, 2010　　　　　　/s/ Gregory C. Loarie
　　　　　　　　　　　　　　　　　　GREGORY C. LOARIE
　　　　　　　　　　　　　　　　　　ERIN M. TOBIN

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

NOTICE OF APPEARANCE – Case No. 10-2172 FCD-GGH