GREGORY C. LOARIE, State Bar No. 215859
ERIN M. TOBIN, State Bar No. 234943
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
gloarie@earthjustice.org
etobin@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, THE WILDERNESS SOCIETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture, SUSAN SKALSKI, in her official capacity as Forest Supervisor for the Stanislaus National Forest, and RANDY MOORE, in his official capacity as Regional Forester, U.S. Forest Service, Pacific Southwest Region,<br><br>Defendants. | Civ. No. 10-2172 FCD GGH<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States of America and a resident of the City and County of San Francisco; I am over the age of 18 years and not a party to the within entitled action; my business address is 426 17th Street, 5th Floor, Oakland, California.

I hereby certify that on August 16, 2010, I served by U.S. Certified Mail one true copy of the following documents:

- Summons In A Civil Case;
- Complaint for Declaratory and Injunctive Relief;
- Nongovernment Corporate Disclosure Statement;
- Order Requiring Joint Status Report;
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and
- Voluntary Dispute Resolution Notice

CERTIFICATE OF SERVICE -- CV-10-2172                                                                 1

1 on the persons listed below:

2  USDA Forest Service                                Eric H. Holder, Jr.
   1400 Independence Ave., SW                         Attorney General
3  Washington, D.C. 20250-0003                        U.S. Department of Justice
                                                      950 Pennsylvania Avenue, NW
4  Susan Skalski, Forest Supervisor                   Washington, DC 20530-0001
   Stanislaus National Forest
5  19777 Greenley Road                                Civil Process Clerk
   Sonora, CA 95370                                   United States Attorney's Office
6                                                     501 I Street, Suite 10-100
   Randy Moore, Regional Forester                     Sacramento, CA 95814
7  U.S. Forest Service, Region 5
   1323 Club Drive
8  Vallejo, CA 94592

9      Copies of the return receipts (and one USPS confirmation in lieu of an unreturned receipt)

10 showing that all deliveries have been made are attached.

11     I certify under penalty of perjury that the foregoing is true and correct. Executed on

12 September 2, 2010 in Oakland, California.

13
14                                    _____
                                              John W. Wall
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE -- CV-10-2172                                                    2



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 7091 1487**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:55 am on August 23, 2010 in WASHINGTON, DC 20250.

**Track & Confirm**

Enter Label/Receipt Number.

[          ]

( Go > )

Detailed Results:

- Delivered, August 23, 2010, 8:55 am, WASHINGTON, DC 20250
- Notice Left, August 22, 2010, 12:52 pm, WASHINGTON, DC 20250
- Arrival at Unit, August 22, 2010, 11:06 am, WASHINGTON, DC 20022

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.83 |

Postmark Here

8-16-10

Sent To: USDA Forest Service
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800 August 2006     See Reverse for Instructions

7010 0290 0000 7091 1487



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.83 |

Postmark Here
8-16-10

Sent To: Susan Skelski
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

Article number: 7012 1960 7007 0850 0220 0110 7012

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susan Skalski, Forest Supervisor
Stanislaus National Forest
19777 Greenley Road
Sonora, CA  95370

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☒ Addressee

B. Received by (Printed Name): Robert Philips
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0000 7091 1234

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.83 |

Postmark Here

8-16-10

Sent To: Randy Moore
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☒ Addressee

B. Received by (Printed Name): Suzy Cameron
C. Date of Delivery: 08-17-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Randy Moore, Regional Forester
U.S. Forest Service, Region 5
1323 Club Drive
Vallejo, CA 94592

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0000 7091 1227

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.83 |

Postmark Here
8-16-10

Sent To: US Atty's Office
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006 — See Reverse for Instructions

Article Number: 7010 0290 0000 7091 1210

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   United States Attorney's Office
   501 I Street, Suite 10-100
   Sacramento, CA 95814

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   AUG 17 2010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0000 7091 1210

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.83 |

Postmark Here

8-16-10

Sent To: Eric H. Holder
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7010 0290 0000 7091 1241

PS Form 3800, August 2006         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric H. Holder, Jr.
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

AUG 25 2010

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 0290 0000 7091 1241

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540