| | |
|---|---|
| 1 | IGNACIA S. MORENO |
| | Assistant Attorney General |
| 2 | Environment and Natural Resources Div. |
| | CYNTHIA S. HUBER (IL3125279; DC390616) |
| 3 | Assistant Section Chief |
| | Natural Resources Section |
| 4 | Environment and Natural Resources Div. |
| | U.S. Dept. of Justice |
| 5 | P.O. Box 663 |
| | Washington, D.C. 20044-0663 |
| 6 | Tel: 202-514-5273 (Huber) |
| | Fax: 202-305-0506 |
| 7 | cynthia.huber@usdoj.gov |
| 8 | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Central Sierra Environmental Resource Center, The Wilderness Society, and Public Employees for Environmental Responsibility, | ) ) ) ) ) | Civil No. 10-02172-FCD-GGH |
| Plaintiffs, | ) ) | |
| v. | ) ) | Notice of Appearance of Counsel for Defendants; Designation of Counsel for Service |
| United States Forest Service, an agency of the Dept. of Agriculture, Susan Skalski, in her official capacity as Forest Supervisor of the Stanislaus National Forest, and Randy Moore, in his official capacity as Regional Forester U.S. Forest Service, Pacific Southwest Region, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

     Federal Defendants hereby enter the appearance of Cynthia S. Huber, United States Department of Justice, as counsel of record on behalf of Federal Defendants in this matter. Cynthia Huber is also designated as counsel for service pursuant to LR 182. Service of all papers by U.S. Mail should be addressed as follows:

        CYNTHIA S. HUBER
        Assistant Chief
        Natural Resources Section
        Environment & Natural Resources Div.
        U. S. Dept. of Justice
        P.O. Box 663

Cv 10-2172: Notice of Appearance

        Ben Franklin Station
        Washington, D.C. 20044-0663

Express deliveries (Federal Express, courier etc.) should be addressed to:

        CYNTHIA S. HUBER
        Natural Resources Section
        Environment & Natural Resources Div.
        U.S. Dept. of Justice
        601 D Street, N.W.
        Room 3130
        Washington, D.C.  20004

Federal Defendants' Counsel's telephone number is (202) 514-5273; the facsimile number is (202) 305-0506.  Counsel's email address is: Cynthia.Huber@usdoj.gov.

     Ignacia S. Moreno is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice.  Ms. Moreno should not be separately served with Court filings.

September 21, 2010                    Respectfully submitted,

                                      IGNACIA S. MORENO
                                      Assistant Attorney General
                                      Environment and Natural Resources Division

                                       /s/ Cynthia S. Huber
                                      Cynthia S. Huber
                                      Assistant Section Chief
                                      Natural Resources Section
                                      Environment and Natural Resources Division
                                      United States Department of Justice
                                      Benjamin Franklin Station, P.O. Box 663
                                      Washington, D.C.  20044-0663
                                      Telephone: (202) 514-5273
                                      Facsimile: (202) 305-0506
                                      Cynthia.Huber@usdoj.gov

Of Counsel:
Sarah Birkeland
USDA
Office of General Counsel
33 new Montgomery Street
17th Floor
San Francisco, CA 94105
Tel: (415) 744-3167

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2010, I electronically transmitted the Notice of Appearance of Counsel for Defendants to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory C. Loarie
Earthjustice
gloarie@earthjustice.org

Erin M. Tobin
Earthjustice
etobin@earthjustice.org

/s/ Cynthia S. Huber
Attorney for Federal Defendants

Cv 10-2172: Notice of Appearance                - 3 -