1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment and Natural Resources Div.
   CYNTHIA S. HUBER (IL3125279; DC390616)
3  Assistant Section Chief
   Natural Resources Section
4  Environment and Natural Resources Div.
   U.S. Dept. of Justice
5  P.O. Box 663
   Washington, D.C. 20044-0663
6  Tel: 202-514-5273 (Huber)
   Fax: 202-305-0506
7  cynthia.huber@usdoj.gov

8  Attorneys for Defendants

9
                    IN THE UNITED STATES DISTRICT COURT
10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11 Central Sierra Environmental Resource )
   Center, The Wilderness Society, and   )
12 Public Employees for Environmental    )
   Responsibility,                       )   Civil No. 10-02172-FCD-GGH
13                                       )
                Plaintiffs,               )
14                                       )
         v.                              )   Stipulation Pursuant To LR144
15                                       )   For Extension of Time To File
   United States Forest Service, an agency )  An Answer Or Other Responsive
16 of the Dept. of Agriculture,          )   Pleading
   Susan Skalski, in her official capacity as)
17 Forest Supervisor of the Stanislaus   )
   National Forest, and Randy Moore, in  )
18 his official capacity as Regional Forester)
   U.S. Forest Service, Pacific Southwest )
19 Region,                               )
                                         )
20              Defendants.              )
   _____)
21
         Pursuant to LR144, the parties stipulate and agree that the date for Federal Defendants to file

22 an Answer or other responsive pleading shall be extended to and including October 27, 2010.  No

23 previous extensions of the deadline have been sought.  No action of the Court is required.

24

25 October 13, 2010                    Respectfully submitted,

26                                     IGNACIA S. MORENO
                                       Assistant Attorney General
27                                     Environment and Natural Resources Division

28

   Cv 10-2172: Stip to Extend Answer

| | |
|---|---|
| 1 | /s/ Cynthia S. Huber |
| | Cynthia S. Huber |
| 2 | Assistant Section Chief |
| | Natural Resources Section |
| 3 | Environment and Natural Resources Division |
| | United States Department of Justice |
| 4 | Benjamin Franklin Station, P.O. Box 663 |
| | Washington, D.C. 20044-0663 |
| 5 | Telephone: (202) 514-5273 |
| | Facsimile: (202) 305-0506 |
| 6 | Cynthia.Huber@usdoj.gov |

Counsel for Federal Defendants

/s/ Gregory C. Loarie (as authorized 10/13/10)
Gregory C. Loarie
Erin M. Tobin
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Facsimile: (510) 550-6749
Gloarie@earthjustice.org
Etobin@earthjustice.org

Counsel for Plaintiffs

Cv 10-2172: Stip to Extend Answer        - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2010, I electronically transmitted the Stipulation Pursuant to LR144 for Extension of Time to File an Answer or Other Responsive Pleading to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory C. Loarie
Earthjustice
gloarie@earthjustice.org

Erin M. Tobin
Earthjustice
etobin@earthjustice.org

/s/ Cynthia S. Huber
Attorney for Federal Defendants

Cv 10-2172: Stip to Extend Answer            - 3 -