UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CENTRAL SIERRA ENVIRONMENTAL
RESOURCE CENTER, et al.,

      Plaintiffs,

  v.

UNITED STATES FOREST SERVICE, et al.,

      Defendants.
_____/

NO. CIV. S-10-2172 FCD GGH

**STATUS (PRETRIAL SCHEDULING) ORDER**

After reviewing the parties' Joint Status Report filed on October 22, 2010 the court makes the following orders:

**I.  SERVICE OF PROCESS**

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

**II.   ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS**

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.  See Fed. R. Civ. P.16 (b); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

**III.  JURISDICTION/VENUE**

Jurisdiction is predicated upon 28 U.S.C. §§ 1331, 2201, 2202, and 5 U.S.C. §§ 551, *et seq*.  Jurisdiction and venue are not contested.

## IV. DISCOVERY

Fed. R. Civ. P. 26(a)(1)(E)(I) and (f) exempts actions under the Administrative Procedure Act (APA) from initial disclosure requirements which includes the development of a proposed discovery plan. The administrative record will be filed with court by the U.S. Forest Service no later than December 13, 2010. Any motions to compel supplements to the record will be filed no later than January 19, 2011.

## V. MOTION HEARING SCHEDULE

Plaintiffs' opening brief will be filed on or before February 4, 2011. Defendants' opening and opposition briefs will be filed on or before March 11, 2011. Plaintiffs' opposition and reply briefs will be filed on or before April 15, 2011, and defendants' reply brief will be filed on or before May 20, 2011. A hearing on the motions is set for May 27, 2011 at 10:00 a.m.

The court places a page limit of thirty (30) pages on plaintiffs' brief in support of their motion for summary judgment, forty (40) pages on defendants' combined cross-motion and opposition, and thirty (30) pages for plaintiffs' combined reply and opposition brief, and twenty (20) pages for defendants' reply brief. All requests for page limit increases must be made through the courtroom deputy clerk at least fourteen (14) days prior to the filing of the motion.

For the court's convenience, citations to Supreme Court cases should include parallel citations to the Supreme Court Reporter.

## VI. SETTLEMENT CONFERENCE

No settlement conference is currently scheduled. A settlement conference may be set at the time of the Final Pretrial Conference or at an earlier time at the parties' request. In the event that an earlier settlement conference date is requested, the parties shall file said request jointly, in writing. If the case will be tried to a jury, all parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

With the exception of counsel for the United States, Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. At least seven (7) calendar days before the

Settlement Conference, counsel for each party shall submit to the chambers of the settlement judge a confidential Settlement Conference Statement.  Such statements are neither to be filed with the Clerk nor served on opposing counsel.  Each party, however, shall serve notice on all other parties that the statement has been submitted.  If the settlement judge is not the trial judge, the Settlement Conference Statement shall not be disclosed to the trial judge.

### VII.    MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause.  Agreement by the parties pursuant to stipulation alone does not constitute good cause.  Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

### VIII.    OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within **fourteen (14)** *calendar* **days** of service of this Order.

IT IS SO ORDERED.

DATED: November 2, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE