| | |
|---|---|
| PAUL A. TURCKE (applicant *pro hac vice*) | DENNIS PORTER (Cal. Bar #67176) |
| MOORE SMITH BUXTON & TURCKE, CHARTERED | Attorney at Law |
| 950 West Bannock Street, Suite 520 | 8120 36th Avenue |
| Boise, Idaho 83702 | Sacramento, CA 95824-2304 |
| Telephone:  (208) 331-1800 | Telephone:  (916) 381-8300 |
| Facsimile:  (208) 331-1202 | Facsimile:  (916) 381-8726 |
| pat@msbtlaw.com | dlporter2@yahoo.com |

Attorneys for Defendant-Intervenors-Applicants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, et al. | ) ) ) |
| Plaintiffs, | ) Case No.  CV-10-2172-FCD-GGH ) |
| vs. | ) **NOTICE OF MOTION AND** ) **MOTION TO INTERVENE** |
| UNITED STATES FOREST SERVICE, et al. | ) ) Hearing Date:  January 28, 2011 |
| Defendants, | ) Time: 10:00 a.m. |
| and | ) Dept.: Courtroom 2, 15th Floor ) The Hon. Frank C. Damrell, Jr. |
| CALIFORNIA ASSOC. OF 4 WHEEL DRIVE CLUBS, MERCED DIRT RIDERS, MODESTO HOUNDSMEN, DISTRICT 36 MOTORCYCLE SPORTS COMMITTEE, CALIFORNIA OFF ROAD VEHICLE ASSOC., and THE BLUERIBBON COALITION, | ) ) ) ) ) ) |
| Defendant-Intervenor-Applicants. | ) ) ) ) |

TO ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE that Proposed Defendant-Intervenors California Association of 4 Wheel Drive Clubs, Merced Dirt Riders, Modesto Houndsmen, District 36 Motorcycle Sports Committee, California Off Road Vehicle Association and BlueRibbon Coalition hereby move to intervene in the above-captioned matter pursuant to

NOTICE OF MOTION AND MOTION TO INTERVENE - Page 1

Federal Rules of Civil Procedure 24(b) and 24(a)(2). A hearing on Proposed Defendant-Intervenors' Motion to Intervene will be held on January 28, 2011, at 10:00 o'clock a.m. in Courtroom 2 before the Honorable Frank C. Damrell, Jr., or as soon thereafter as counsel may be heard.

Proposed Defendant-Intervenors hereby move to intervene in this case for the reasons set forth in their Memorandum of Points and Authorities in Support of Motion to Intervene, the Declarations of Amy Granat, Michael Damaso, Caleb Ashby, Dave Pickett, Jim Woods and Don Amador filed concurrently herewith, and on such other evidence and argument as may be presented to the Court before decision hereon.

Undersigned counsel has communicated with counsel for the parties to this action regarding this motion to intervene. Counsel for Defendants, Cynthia Huber, and for Plaintiffs, Erin Tobin, indicated that the existing parties wish to review the intervention pleadings before taking any position on the motion.

Respectfully submitted this 8th day of December, 2010.

DENNIS L. PORTER, ATTORNEY AT LAW

/s/ Dennis L. Porter
Dennis L. Porter

Attorneys for Defendant-Intervenor Applicants

NOTICE OF MOTION AND MOTION TO INTERVENE - Page 2