IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA ENVIRONMENTAL RESOURCE CENTER, et al. | Case No.  CV 10-2172-FCD-GGH |
| Plaintiffs, | (PROPOSED) |
| vs. | ORDER GRANTING |
|  | MOTION TO INTERVENE |
| UNITED STATES FOREST SERVICE, et al. |  |
| Defendants, |  |
| and |  |
| CALIFORNIA ASSOC. OF 4 WHEEL DRIVE CLUBS, et al. |  |
| Defendant-Intervenor-Applicants. |  |

Before the Court is a motion to intervene in the above-captioned litigation by the California Association of 4 Wheel Drive Clubs, Merced Dirt Riders, Modesto Houndsmen, District 36 Motorcycle Sports Committee, California Off Road Vehicle Association and BlueRibbon Coalition (collectively "Intervenor-Applicants").  The Court finds that the Intervenor-Applicants possess interests related to the Forest Service management decision(s) at issue and seek to present defenses directly responsive to Plaintiffs claims here.  *See*, *Kootenai Tribe v. Veneman*, 313 F.3d 1094, 1110 (9th Cir. 2002).  The motion is timely, and the Court additionally finds that the presence of Intervenor-Applicants might assist the Court in orderly presentation of the case, and will otherwise serve judicial and public interests in allowing appropriate participation by intervenors in public lands litigation potentially affecting numerous and diverse members of the public. *Id.* at 1110-1111.

(PROPOSED)
ORDER GRANTING MOTION TO INTERVENE - Page 1

IT IS HEREBY ORDERED Intervenor-Applicants' Motion to Intervene is hereby GRANTED pursuant to Federal Rule of Civil Procedure 24(b).  Intervenor Applicants may participate as a party in all phases of this litigation.

DATED this _____ day of _____, 2011.

                                                              _____
                                                              The Honorable Frank C. Damrell, Jr.
                                                              District Judge
                                                              United States District Court
                                                              Eastern District of California