IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Div.
CYNTHIA S. HUBER (IL3125279; DC390616)
Assistant Section Chief
Natural Resources Section
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-514-5273 (Huber)
Fax: 202-305-0506
cynthia.huber@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Central Sierra Environmental Resource Center, The Wilderness Society, and Public Employees for Environmental Responsibility,<br><br>Plaintiffs,<br><br>v.<br><br>United States Forest Service, an agency of the Dept. of Agriculture, Susan Skalski, in her official capacity as Forest Supervisor of the Stanislaus National Forest, and Randy Moore, in his official capacity as Regional Forester U.S. Forest Service, Pacific Southwest Region,<br><br>Defendants. | Civil No. 10-02172-FCD-GGH<br><br>Notice of Lodging of Administrative Record |

  Notice is hereby given that Federal Defendants are lodging with the Court the Forest Service Administrative Record for the Stanislaus National Forest Motorized Travel Management Decision which is the subject of the instant proceeding. Filed with this Notice are an Index to the Administrative Record and the Federal Defendants' Certification of Administrative Record by John J. Maschi, Land Management Planner, Stanislaus National Forest, United States Department of Agriculture, Forest Service. The Administrative Record is comprised of documents provided on one DVD. The DVD is searchable and includes a searchable index in both pdf and Excel spreadsheet

Cv 10-2172: Not. of Lodging of Admin Record

formats. A hard copy of the Notice along with the DVD are being sent today to the Clerk's Office via Federal Express for delivery on December 13. In addition, a hard copy of the Notice, the documents comprising the Administrative Record (excluding the literature), plus courtesy copies of the DVDs will be hand delivered to the Clerk's Office on December 13, 2010, for transmittal to chambers consistent with L.R. 138(b). A copy of the DVD comprising the Administrative Record is being sent to the Plaintiffs today via Federal Express.

December 10, 2010                Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

 /s/ Cynthia S. Huber
Cynthia S. Huber
Assistant Section Chief
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 514-5273
Facsimile: (202) 305-0506
Cynthia.Huber@usdoj.gov

Counsel for Federal Defendants

Cv 10-2172: Not. of Lodging of Admin Record - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2010, I electronically transmitted the Notice of Lodging, Certification of John J. Maschi, and Index using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory C. Loarie
Earthjustice
gloarie@earthjustice.org

Erin M. Tobin
Earthjustice
etobin@earthjustice.org

In addition, I caused a copy of the DVD comprising the Administrative Record to be sent by Federal Express to Plaintiffs' counsel of record and the Clerk's Office.

/s/ Cynthia S. Huber
Attorney for Federal Defendants

Cv 10-2172: Not. of Lodging of Admin Record - 3 -