IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

CYNTHIA S. HUBER (IL3125279; DC390616)
Assistant Section Chief
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, D.C. 20044-0663
T: 202-514-5273; F: 202-305-0506
Cynthia.huber@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, et al., | Civil No. 10-02172-FCD-GGH |
| Plaintiffs, | FEDERAL DEFENDANTS' CERTIFICATION OF ADMINISTRATIVE RECORD |
| v. | Date:  May 27, 2011 |
| UNITED STATES FOREST SERVICE, et al., | Time:  10:00 a.m. |
| Defendants. | Courtroom No. 2 |
| | Hon. Frank C. Damrell, Jr. |

I, John Maschi, declare as follows:

1. I am a Land Management Planner employed by the United States Department of Agriculture, Forest Service, Stanislaus National Forest. My place of employment is Sonora, California. I have been employed by the Forest Service for approximately 30 years.

2. As part of my assigned duties, I oversaw the coordination and compilation of the

administrative record for the Motorized Travel Management Environmental Impact Statement (EIS) and Record of Decision (ROD). The Motorized Travel Management EIS and ROD have been challenged in the above referenced litigation.

3. Attached to this declaration as Exhibit 1 is the index for the administrative record for the Motorized Travel Management EIS and ROD at issue in this case. To the best of my knowledge, this index identifies those documents before the decision maker in connection with the Forest Service's Motorized Travel Management decision.

4. The administrative record is comprised of numbered documents in searchable Adobe Acrobat format (PDF) copied onto a DVD. The index to these documents was produced in both Adobe Acrobat (PDF) (as attached and on DVD) and Microsoft Excel formats (on DVD). Both index files on the DVD (AR-index.pdf and AR-index.xls) contain electronic links to individual PDF documents contained on DVD.

5. To the best of my knowledge, these documents constitute a true, correct, and complete copy of the administrative record for the Motorized Travel Management EIS and ROD at issue in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of December, 2010, in Sonora, California.

JOHN MASCHI