```
IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Div.
CYNTHIA S. HUBER (IL3125279; DC390616)
Assistant Section Chief
Natural Resources Section
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-514-5273 (Huber)
Fax: 202-305-0506
cynthia.huber@usdoj.gov

Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Central Sierra Environmental Resource Center, The Wilderness Society, and Public Employees for Environmental Responsibility,<br><br>Plaintiffs,<br><br>v.<br><br>United States Forest Service, an agency of the Dept. of Agriculture, Susan Skalski, in her official capacity as Forest Supervisor of the Stanislaus National Forest, and Randy Moore, in his official capacity as Regional Forester U.S. Forest Service, Pacific Southwest Region,<br><br>Defendants. | NO. CIV. S-10-02172-FCD-GGH<br><br>ORDER GRANTING INTERVENTION |

After consideration of the stipulation filed on January 6, 2011, this Court hereby grants intervention to the California Association of Four Wheel Drive Clubs, Merced Dirt Riders, Modesto Houndsmen, District 36 Motorcycle Sports Committee, California Off Road Vehicle Association, and Blue Ribbon Coalition ("Intervenors") as follows.

1. Intervenors may participate in all phases of the litigation subject to the conditions included in Paragraphs 2 - 6.

2. The briefing schedule set forth in the Court's November 2, 2010 Order (Dkt 11) shall continue in effect. Intervenors shall file their opening and opposition brief on or before March 18, 2011, and their reply brief on or before May 20, 2011. Plaintiffs' opposition and reply brief filed on April 15, 2011 shall also address the arguments raised in Intervenors' brief.

3. The Intervenors' opening and opposition brief shall be no more than fifteen (15) pages. Intervenors' reply brief shall be no more than five (5) pages. Intervenors agree to limit their brief to matters not addressed by Federal Defendants. The page limit for Plaintiffs' opposition and reply brief shall be increased to forty (40) pages.

4. Intervenors shall not seek discovery or seek to supplement the administrative record.

5. Intervenors shall not independently seek to appeal any decision in this matter, but may appeal should the United States do so.

6. Each party shall bear its own costs and fees related to the participation of Intervenors in this matter.

IT IS SO ORDERED.

Dated: January 7, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE