IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Div.
CYNTHIA S. HUBER (IL3125279; DC390616)
Assistant Section Chief
Natural Resources Section
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-514-5273 (Huber)
Fax: 202-305-0506
cynthia.huber@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Central Sierra Environmental Resource Center, The Wilderness Society, and Public Employees for Environmental Responsibility,<br><br>  Plaintiffs,<br><br>  v.<br><br>United States Forest Service, an agency of the Dept. of Agriculture, Susan Skalski, in her official capacity as Forest Supervisor of the Stanislaus National Forest, and Randy Moore, in his official capacity as Regional Forester U.S. Forest Service, Pacific Southwest Region,<br><br>  Defendants. | Civil No. 10-02172-KJM-GGH<br><br>Order Extending Time<br>For Briefing |

After consideration of the stipulation filed on March 3, 2011, this Court hereby modifies the case management order as follows:

1. Federal Defendants opening and opposition brief shall be filed on or before March 18, 2011, and Intervenors' opening and opposition brief shall be filed on or before March 25, 2011.

2. Plaintiffs' opposition and reply brief shall be filed on or before April 27, 2011.

/////

/////

Cv 10-2172: Order Extending Time

1          3. The Federal Defendants' and Intervenors' reply briefs shall be filed on or before May 25,
2  2011.
3          4. The hearing date remains the same. Oral argument will be heard on June 8, 2011.
4          IT IS SO ORDERED.
5  Dated: March 7, 2011.

_____
UNITED STATES DISTRICT JUDGE