IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Div.
CYNTHIA S. HUBER (IL3125279; DC390616)
Assistant Section Chief
Natural Resources Section
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-514-5273 (Huber)
Fax: 202-305-0506
cynthia.huber@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Central Sierra Environmental Resource Center, et al., | |
| Plaintiffs, | Civil No. S-10-02172-KJM-GGH |
| v. | Order Extending Time For Federal Defendants to File Reply Brief |
| United States Forest Service, an agency of the Dept. of Agriculture, et al., | |
| Defendants, | |
| and | |
| California Ass'n of Four Wheel Drive Clubs, et al., | |
| Intervenors. | |

After consideration of the stipulation filed on May 23, 2011, this court hereby orders that Federal Defendants shall file their reply brief in support of their cross-motion for summary judgment on or before May 26, 2011.  Oral argument on all pending motions will be heard on June 8, 2011.

IT IS SO ORDERED.

Dated:  May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE

Cv 10-2172: Order Extending Time