IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Central Sierra Environmental Resource Center, et al.,

    Plaintiffs,

    v.

United States Forest Service, et al.,

    Defendants,

    and

California Ass'n of Four Wheel Drive Club, et al.,

    Intervenors.

Civil No. 10-02172-KJM-GGH

O R D E R

    In the interests of judicial economy, Federal Defendants' request for expedited briefing, pursuant to L.R. 144(e), on its motion for consideration of extra-record material is hereby GRANTED.

    Any brief in response to the material shall be filed no later than June 3, 2011.

    IT IS SO ORDERED.

DATED: May 31, 2011.

                                    UNITED STATES DISTRICT JUDGE

Civ. No. 10-02172-GJM-GGH; Order Expdt'd Briefing   1