IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, *et al.*, | |
| Plaintiffs, | No. 10-cv-02172- KJM-GGH |
| vs. | |
| UNITED STATES FOREST SERVICE, *et al.*, | |
| Defendants. / | |
| | |
| FRIENDS OF TAHOE FOREST ACCESS, *et al.*, | |
| Plaintiffs, | No. 12-cv-01876-JAM-CKD |
| vs. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ORDER ON RELATED CASE REQUEST |
| Defendants. / | |

Examination of the above-captioned actions reveals that they are not related within the meaning of Local Rule 123(a). Under Local Rule 123(a), two actions are related when:

>  (1) [B]oth actions involve the same parties and are based on the same or a similar claim;

1

1        (2) both actions involve the same property, transaction, or event;

2        (3) both actions involve similar questions of fact and the same question
of law and their assignment to the same Judge or Magistrate Judge is likely to
3        effect a substantial savings of judicial effort, either because the same result should
follow in both actions or otherwise; or
4
       (4) for any other reasons, it would entail substantial duplication of labor
5        if the actions were heard by different Judges or Magistrate Judges.

6 Local Rule 123(a)(3).

7        The plaintiffs in *Central Sierra Environmental Resource Center v. U.S. Forest*

8 *Service,* filed on August 12, 2010, contend that their case is related to *Friends of Tahoe Forest*

9 *Access v. United States Department of Agriculture,* filed on July 17, 2012. (Notice of Related

10 Cases, ECF 56.) Specifically, plaintiffs argue that the two cases share a common defendant,

11 similar claims, "parallel administrative proceedings" and similar scientific issues relating to the

12 forest environment, such that assigning both cases to the same judge would likely conserve

13 judicial resources. (*Id.* at 3.) The Forest Service argues that the two cases do not meet any of

14 the factors under Local Rule 123(a). (Fed. Defs.' Resp. to Notice of Related Case, ECF 57.)

15 Although both cases concern challenges to the Forest Service's management of off-road vehicles

16 and involve similar questions of law, the challenged actions affect different geographical areas

17 and involve review of entirely separate administrative records. Thus, assigning both cases to the

18 same judge would not result in a substantial savings of judicial effort. The court declines to

19 reassign *Friends of Tahoe Forest Access* under Local Rule 123(c).

20        IT IS SO ORDERED.

21 DATED: November 1, 2012.

22

23                         UNITED STATES DISTRICT JUDGE

24

25

26